AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Federal Court House District of Springfield Massachusetts
1550 Main Street Rm. 539

Mr. Rodolfo E. Landa Rivera
Defendant ~~Plaintiff~~

Ms. Marlene Hunter
F.B.I Building Room 150
Sanjaun Puerto Rico

V.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

Defendant

I, Rodolfo E. Landa Rivera, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Coleman Florida Federal Prison

   Are you employed at the institution? Yes   Do you receive any payment from the institution? Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Federal Prison Compound Worker
   7 dollar a month

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. unknown

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☐ Yes   ☒ No
   f. Any other sources                                ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _None_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any o thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicat how much you contribute to their support.

   _I have a Son and he depends on Me, Being the Father that I can Face Responsibility, by keeping a job And help taking Care of his Educational ..._

I declare under penalty of perjury that the above information is true and correct.

_9/29/04_
Date

_Rodolfo E. Landa Rivera_
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affid stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional off showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you h multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of e account.

Rodolfo E. Landa Rivera is requesting that this Honorable Court Grant this plea For relief Herein Also the plaintiff Ask this Court to Consider that the plaintiff is indigent's And Can Not Afford An Attorney or Fee's pursue to the IFP proceedin

## Certificate of Service

I S. Scott, Case Manager hereby States that A Copy of this Certification Has been Annlyze as indigent deposit Account On this 29 Day of Sept 2004 Service Showing all receipt's Expenditures and Balances during the Lnst Six Months in this institution Federal Bureau Prison Coleman Florida (Please see the attached printout of Inmate Accant Statement.

FCC Coleman, Florida Sumter County

Subscribed and sworn before me this 29th day of Oct, 2004
S. Scott
Case Manager

Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC & 4004.)

Attach is a Multiple Account receipts Showing Certified Statements of this Affidavit.

I declare under penalty of perjury that the Above information is true and Correct.

I Rodolfo E. Landa Rivera act under the laws of the United State of America that the Foregoing is true and to the best of My Knowledge and belief

1.

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 14838069 | Current Institution: | Coleman FCC |
| Inmate Name: | LANDA-RIVERA, RODOLFO | Housing Unit: | A/B |
| Report Date: | 09/29/2004 | Living Quarters: | B02-226U |
| Report Time: | 3:44:52 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0346 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/24/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 9/29/2004 11:39:09 AM |
| Account Status: | Active |
| ITS Balance: | $8.42 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $114.41 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $114.41 |
| National 6 Months Deposits: | $1,679.64 |
| National 6 Months Withdrawals: | $1,605.44 |
| National 6 Months Avg Daily Balance: | $18.81 |
| Local Max. Balance - Prev. 30 Days: | $270.82 |
| Average Balance - Prev. 30 Days: | $40.09 |