UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODOLFO E. LANDA-RIVERA )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>MARLENE HUNTER, Special Agent )<br>in Charge-Federal Bureau of )<br>Investigation, )<br>    Defendant. ) | C.A. No. 04-12576-RCL |

### ORDER OF DISMISSAL

LINDSAY, D.J.

In accordance with this Court's order dated March 29, 2005, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

Date: March 30, 2005        By /s/ Barbara Morse
                                              Deputy Clerk